# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>   -vs-<br><br>DANIEL LEE DOVE,<br><br>                Defendant. | No.   2:16-CR-0119-WFN-1<br><br>PROTECTIVE ORDER |

     Before the Court is the parties' Stipulated Motion Re: Computer Forensic Review Procedures for Child Pornography Contraband signed by Stephanie J. Lister, Assistant United States Attorney for the Eastern District of Washington, and stipulated to by the Defendant, Daniel Lee Dove's attorney, Matthew A. Campbell.

     The parties have stipulated to review procedures for child pornography contraband. The Court has reviewed the file and Stipulated Motion and is fully informed. Accordingly,

     **IT IS ORDERED** that:

     1. The parties' Stipulated Motion re: Computer Forensic Review Procedures for Child Pornography Contraband, filed July 22, 2016, **ECF No. 29**, is **GRANTED**. The Court enters the parties' Stipulation and **further Orders**:

         (a)   The defense team shall not make, nor permit to be made, any copies of the child pornography contraband pursuant to the stipulation and order.

         (b)   The defense team agrees that it is forbidden from removing any contraband images from the government reviewing facility.

         (c)   Defense expert will be allowed to compile a report (without contraband images/videos) documenting the examination on removable media if the case dictates.

         (d)   Defense expert will be provided with a CD/DVD burner and disks to copy their report onto optical media.

PROTECTIVE ORDER - 1

2. The Government's Motion to Expedite, filed July 22, 2016, **ECF No. 30**, is **GRANTED**.  The underlying Motion was considered on an expedited basis.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 26th day of July, 2016.

07-25-16

                s/ Wm. Fremming Nielsen
                WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

PROTECTIVE ORDER - 2